**J. C. JOHNSON, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 27127.**

Court of Criminal Appeals of Texas.

Nov. 3, 1954.

No appearance for appellant.

Wesley Dice, State's Atty., Austin, for the State.

PER CURIAM.

Robbery is the offense; the punishment, twenty years in the penitentiary.

The record is before us without a statement of facts or bills of exception, without which nothing is presented for consideration.

The judgment is affirmed.

**George KEAN, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 27263.**

Court of Criminal Appeals of Texas.

Nov. 10, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

PER CURIAM.

The conviction is for the offense of burglary; the punishment, two years in the penitentiary.

Appellant has now filed his personal affidavit requesting the dismissal of the appeal. The request is granted.

The appeal is dismissed.